## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| **22ND CENTURY TECHNOLOGIES, INC.,**  *Plaintiff,*  v.  **UNITED STATES,**  *Defendant.* | Case No. 24-1229 C  Judge _____ |

### PLAINTIFF'S NOTICE OF DIRECTLY RELATED CASES

Pursuant to Rule 40.2(a) of the Rules of the U.S. Court of Federal Claims, 22nd Century Technologies, Inc. respectfully files this Notice of Directly Related Cases. Two other cases filed by AccelGov, LLC and FedTec, LLC, filed contemporaneous with this case, are directly related and involve the award decision of Request for Quote No. 2031H5-23-Q-08246 / GSA RFQ 1666303. 22nd Century expects that assigning this case to the same judge will conserve judicial resources and promote the efficient administration of justice. 22nd Century also respectfully requests that *AccelGov, LLC v. United States* be designated as the lead case.

Respectfully submitted,

/s/ W. Brad English
W. Brad English
Emily J. Chancey
Taylor R. Holt

OF COUNSEL:

MAYNARD NEXSEN PC
655 Gallatin Street
Huntsville, Alabama 35801
(256) 512-0108
benglish@maynardnexsen.com

## Certificate of Service

    I hereby certify that on August 9, 2024, I caused copies of the foregoing to be served by electronic mail upon the following:

        U.S. Department of Justice
        Commercial Litigation Branch
        National Courts Section
        P.O. Box 480
        Ben Franklin Station
        Washington, D.C.  20044

        /s/ W. Brad English
        W. Brad English